# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00528-RJC-DSC

| | |
|---|---|
| **MICHAEL JOHNSON,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | )     **ORDER**<br>) |
| **DUKE ENERGY CORPORATION et. al.,** | )<br>)<br>) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Paul J. Lukas, Jennifer K. Lee, Kai H. Richter and Brock J. Specht]" (documents ##2-5) filed September 23, 2020. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.   Signed: September 23, 2020

_____
David S. Cayer
United States Magistrate Judge