IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:20-CV-00528-KDB-DSC

| | |
|---|---|
| Michael Johnson and Willard Turpin, individually and as representatives of a class of similarly situated persons, and on behalf of the Duke Energy Retirement Savings Plan,<br><br>Plaintiffs,<br><br>v.<br><br>Duke Energy Corporation, Duke Energy Benefits Committee, and John and Jane Does 1-30,<br><br>Defendants. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Michael Johnson and Willard Turpin dismiss all claims against the Defendants Duke Energy Corporation, the Duke Energy Benefits Committee, and John and Jane Does 1-30.[1] By and through their undersigned counsel, the Parties hereby stipulate to dismissal of this action with prejudice, with each side to bear its own costs, attorney fees, and expenses.

---

[1] No John or Jane Doe was ever served in this action.

Dated: April 28, 2022

Respectfully submitted,

/s/ Brock J. Specht
Paul J. Lukas*
Brock J. Specht*
Ben J. Bauer*
*admitted pro hac vice
**NICHOLS KASTER, PLLP**
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
lukas@nka.com
bspecht@nka.com
bbauer@nka.com

F. Hill Allen
North Carolina State Bar No. 18884
**THARRINGTON SMITH, L.L.P.**
P.O. Box 1151
Raleigh, NC 27602-1151
Telephone: 919-821-4711
Facsimile: 919-829-1583
E-mail: hallen@tharringtonsmith.com

Doron Levin (*admitted pro hac vice*)
**LEVIN LAW FIRM, PLLC**
2000 West Loop South, Suite 2200
Houston, Texas 77027
Phone: 1(800) 932-2694
levin@law29.com

*Attorneys for Plaintiffs*

/s/ Nancy G. Ross
Nancy G. Ross (*admitted pro hac vice*)
Elaine Liu (*admitted pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: 312-701-8788
Facsimile: 312-706-8273
nross@mayerbrown.com
eliu@mayerbrown.com

E. Brantley Webb (*admitted pro hac vice*)
Kelyn J. Smith (*admitted pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, DC 20006
Telephone: 202-263-3000
Facsimile: 202-762-4201
bwebb@mayerbrown.com
kjsmith@mayerbrown.com

Donald H. Tucker, Jr.
David R. Ortiz
**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P**.
150 Fayetteville Street, Suite 2300
Raleigh, NC 27602
Telephone: 919-821-6681
Facsimile: 919-821-6800
dtucker@smithlaw.com
dortiz@smithlaw.com

*Attorneys for Defendants*
*Duke Energy Corporation, Duke Energy Benefits Committee, and Jane Does 1-30*